Edward W. Swanson, SBN 159859
SWANSON, McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for AMY MARIE IHRKE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 07-0108 JF |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER WAIVING DEFENDANT'S APPEARANCE** |
| vs. | |
| AMY MARIE IHRKE, *et al.*, | Date:  September 24, 2008 |
| Defendants. | Time:  9:00 a.m. |
| | Court: Hon. Jeremy Fogel, Ctrm. 3 |

**STIPULATION**

Defendant Amy Ihrke, by and through Edward W. Swanson, and the United States, by and through Assistant United States Attorney Richard Cheng, hereby stipulate and agree as follows:

1) A status conference in the above-captioned matter will be held on September 24, 2008 at 9:00 a.m. As stated at the last calling of this case, the parties anticipate that the United States will move to dismiss all charges pending against Ms. Ihrke.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

2) Ms. Ihrke lives in Minnesota. To spare Ms. Ihrke the expense of an additional trip, and because her presence at the September 24 hearing is not necessary, the parties agree that her appearance should be waived.

IT IS SO STIPULATED.

Dated: September 12, 2008

/s/
EDWARD W. SWANSON
Swanson, McNamara & Haller LLP
Attorneys for AMY MARIE IHRKE

Dated: September 12, 2008

/s/
RICHARD CHENG
Assistant United States Attorney

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: 9/18/08

Hon. Jeremy Fogel
United States District Court

**Stipulation and [Proposed] Order Waiving Appearance**
*United States v. Ihrke*, CR 07-0108 JF                    2